TOWN OF ORANGETOWN, Petitioner, v. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Respondent, and ORANGE AND ROCKLAND UTILITIES, INC., Intervenor-Respondent.— In a proceeding pursuant to section 128 of the Public Service Law to review (1) an opinion and order of the respondent Public Service Commission, issued January 9, 1973, granting a certificate of environmental compatability and public need to intervenors-respondents, and (2) an order of said respondent, issued February 26, 1973, denying petitioner's application for a rehearing. Application for review dismissed on the merits and opinion and orders of respondent confirmed, without costs. No opinion. Munder, Acting P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.

## THIRD DEPARTMENT, JULY, 1973

### (July 2, 1973)

In the Matter of JACK B. WEINSTEIN, Appellant, v. JOHN P. LOMENZO, as Secretary of State of the State of New York, et al., Respondents.— Judgment, Supreme Court, Albany County, entered on June 28, 1973, affirmed, without costs. No opinion, Motion for leave to appeal to the Court of Appeals granted, without costs. Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Kane, JJ., concur.